

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REWARDS NETWORK INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:12-cv-08033 |
| v. ) ) | Assigned to Hon. Robert M. Dow |
| EDO INTERACTIVE, INC., a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In consideration of the parties' Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plaintiff, Rewards Network Inc. and Defendant edo Interactive, Inc., without prejudice, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendant are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: 5-3-13

Robert M. Dow, Jr.
United States District Court Judge